# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| VAL HOFFMAN and JAYSEN ALLEN, HAYES, individually and on behalf of all others similarly situated, § § § § | |
| Plaintiffs, § § | |
| V. § | CIVIL ACTION NO. H-09-3144 |
| § | |
| CEMEX, INC.; CEMEX CEMENT, INC.; CEMEX MANAGEMENT, INC.; CEMEX CEMENT OF TEXAS, L.P.; and CEMEX CONSTRUCTION MATERIALS SOUTH LLC, § § § § § § | |
| Defendants. § | |

## ORDER FOR HEARING

A hearing will be held to consider the parties' proposed settlement on **December 14, 2010, at 9:00 a.m.**, in Courtroom 11-B. Counsel for the plaintiff must give notice to all parties and counsel.

SIGNED on December 2, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge